IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRED A. HYSMITH,

    Plaintiff,

v.                                      CASE NO. 5:08cv267-SPM/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 10, 2009 (doc. 20). Plaintiff has filed objections (doc. 21) pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 20) is ADOPTED and incorporated by reference in this order.

2. The Commissioner's decision is affirmed.

DONE AND ORDERED this 23rd day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO. 5:08cv267-SPM/MD